UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>SEARS HOLDINGS CORPORATION,<br>*et al.*,<br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br>Jointly Administered |
| SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO.; AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SEARS HOLDINGS CORPORATION, *ET AL.*,<br>　　　　　　　　　Plaintiffs,<br>　　v.<br>ANDREW H. TISCH, *et al.*,<br>　　　　　　　　　Defendants. | Adversary Proceeding<br>Case No. 20-07007 |

## DECLARATION

I, Richard J. Reding, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney with ASK LLP, attorneys for the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Creditors' Committee**"), Sears Holdings Corporation ("**Sears Holdings**") and Sears, Roebuck and Co. (collectively, the "**Plaintiffs**"). I submit this declaration in support of *Plaintiffs' Omnibus Response to Motions to Dismiss*.

2. I am one of the primary attorneys responsible for representation of the Plaintiffs in this adversary proceeding.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Lands' End Distribution Agent Agreement by and among Sears Holdings Corporation, Computershare Inc., and, Computershare Trust Company, N.A., dated April 2, 2014.

1

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 19, 2021

_____
Richard J. Reding