**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br> SEARS HOLDINGS CORPORATION, *et al.*, <br>　　　　　　　　　Debtors. | Chapter 11 <br> Case No. 18-23538 (RDD) <br> Jointly Administered |
| SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO.; AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SEARS HOLDINGS CORPORATION, *ET AL.*, <br>　　　　　　　　　Plaintiffs, <br>　　v. <br> ANDREW H. TISCH, *et al.*, <br>　　　　　　　　　Defendants. | Adversary Proceeding <br> Case No. 20-07007 |

## CERTIFICATE OF SERVICE

　　　I, Kara E. Casteel certify that on February 19, 2021, a copy of *Plaintiffs' Omnibus Response To Motions To Dismiss* was caused to be served on the parties on the attached service list. Dated: February 19, 2021　　　　　　　　**ASK LLP**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kara E. Casteel*
　　　　　　　　　　　　　　　　　　　　　　　Joseph L. Steinfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Kara E. Casteel
　　　　　　　　　　　　　　　　　　　　　　　2600 Eagan Woods Drive, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　St. Paul, MN 5121
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (651) 406-9665
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (651) 406-9676
　　　　　　　　　　　　　　　　　　　　　　　kcasteel@askllp.com
　　　　　　　　　　　　　　　　　　　　　　　jsteinfeld@askllp.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel to Plaintiffs Sears Holdings Corp.*

1

| Case Name | Business Name | Attention Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Andrew H. Tisch | Schulte Roth & Zabel LLP | William H. Gussman, Jr., Esq. | 919 Third Avenue | | New York | New York | 10022 |
| AQR Delta Fund, LP | Greene Espel PLLP | John B. Orenstein, Esq. | 222 South Ninth Street | Suite 2200 | Minneapolis | Minnesota | 55402-3362 |
| Bank of Bermuda | Phillips Lytle LLP | Angela Zwirecki Miller, Esq. | One Canalside | 125 Main Street | Buffalo | New York | 14203-2887 |
| Barclays Capital Derivative Funding | Morgan, Lewis & Bockius LLP | Julia Frost-Davies, Esq. | One Federal Street | | Boston | Massachusetts | 02110-1726 |
| Credit Suisse (Monaco) S.A.M. | Credit Suisse (Monaco) S.A.M. | Officer, Managing or General Agent | 27, Avenue De La Costa | P.O. Box 155 | Monaco | | O9 98003 |
| Credit Suisse First Boston Corp/ny | Credit Suisse First Boston Corp/ny | Officer, Managing or General Agent | Eleven Madison Avenue | | New York | New York | 10010 |
| Credit Suisse Funds AG | Credit Suisse Funds AG | Officer, Managing or General Agent | Silhlcity | Kalandergasse 4 | Zurich | | V8Â 8045 |
| DFA Investment Dimensions Group, Inc. | Stradley Ronon Stevens & Young, LLP | Joseph T. Kelleher, Esq. | 2005 Market Street | Suite 2600 | Philadelphia | Pennsylvania | 19103-7018 |
| Employees Retirement System of Texas | Office of the Attorney General | Jason B. Binford, Esq. | Assistant Attorney General | P.O. Box 12548 | Austin | Texas | 12548 |
| Frederick Timothy Palmer, as Trustee of the F. Timothy Palmer Living Trust | Frederick Timothy Palmer, as Trustee of the F. Timothy Palmer Living Trust | Officer, Managing or General Agent | 177 North US Highway 1 | PMB 280 | Tequesta | Florida | 33469 |
| GF Trading LLC | Katten Muchin Rosenman LLP | Brian J. Poronsky, Esq. | 525 W. Monroe Street | | Chicago | Illinois | 60661-3693 |
| Gothic HSP Corporation | Gothic HSP Corporation | Pamela J. Bernard, Registered Agent | 310 Blackwell Street | 4th Floor | Durham | North Carolina | 27701 |
| Guggenheim Spin Off ETF | Guggenheim Spin Off ETF | Officer, Managing or General Agent | 2455 Corporate West Drive | | Lisle | Illinois | 60532 |
| HBOs Final Salary Pension Scheme | Allen & Overy LLP | Justin L. Ormand, Esq. | 1221 Avenue of the Americas | | New York | New York | 10020 |
| Horizon Core Value Collective Trust Fund | Curtis, Mallet-Prevost, Colt & Mosle LLP | Robert T. Honeywell, Esq. | 101 Park Avenue | | New York | New York | 10178-0061 |
| Kenden Alfond, c/o Dexter Enterprises, Inc. | Seward & Kissel LLP | Jack Yaskowitz, Esq. | One Battery Park Plaza | | New York | New York | 10004 |
| Luma Capital S.A.-SPF | Luma Capital S.A.-SPF | Officer, Managing or General Agent | 25C Boulevard Royal | | | | 2449 |
| M.S. Services | M.S. Services | | | | | | |
| Maverick Fund II Limited | Gibson, Dunn & Crutcher | David M. Feldman, Esq. | 200 Park Avenue | | New York | New York | 10166-0193 |
| MPAMG Security Processing Omni | MPAMG Security Processing Omni | | | | | | |
| MUFG Union Bank NA | Pillsbury Winthrop Shaw Pittman LLP | Hugh M. McDonald, Esq. | 31 West 52nd Street | | New York | New York | 10019 |
| Norges Bank Investment Management | Ropes & Gray LLP | Mark R. Somerstein, Esq. | 1211 Avenue of the Americas | | New York | New York | 10036 |
| Perceval PRN-Fairholme Cust | Perceval PRN-Fairholme Cust | c/o Veritable Partnership Holding, Inc. | 6022 West Chester Pike | | Newton Square | Pennsylvania | 19073 |
| QIT2 IE DFA Core Mandate | Jones DAy | C. Lee Wilson, Esq. | 250 Vesey Street | | New York | New York | 10281 |
| Trustee of the Thomas J. Tisch 1994 Issue Trust | O'Melveny & Myers LLP | Brad Elias, Esq. | Times Square Tower | 7 Times Square | New York | New York | 10036 |