**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |
| SEARS HOLDINGS CORPORATION, *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>ANDREW H. TISCH, *et al.*,<br><br>           Defendants. | Adv. Proc. No. 20-07007 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

SHANNON GROSS respectfully requests that her appearance in the above-referenced matter be terminated and that she be removed from any applicable mailing and service lists. The undersigned is leaving the firm Katten Muchin Rosenman LLP. In addition, the undersigned's clients were dismissed from this action on October 18, 2022. All other counsel of record Katten Muchin Rosenman LLP remain the same.

Dated: September 18, 2024

                  Respectfully submitted,

                  */s/ Shannon C. Gross*
                  Shannon C. Gross
                  Katten Muchin Rosenman LLP
                  525 West Monroe Street
                  Chicago, Illinois 60661
                  Telephone:  (312) 902-5200
                  Email:  Shannon.gross@katten.com

                  *Attorneys for Defendants GF Trading LLC,*
                  *RIEF RMP LLC, RIEF Trading LLC and*
                  *HAP Trading LLC*